October 27, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

SHARON ANN ZENNER AND STUART ANDREW ZENNER, Appellants

NO. 14-16-00725-CV                 V.

MARY DIMATARIS, INDEPENDENT EXECUTRIX OF THE ESTATE OF
MARVIN HENRY KLUTTZ, DECEASED, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on June 28, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Sharon Ann Zenner and Stuart Andrew Zenner.

We further order this decision certified below for observance.